UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAVIS,

                Plaintiff,

– against –

SNOWFLAKE DESIGNS, INC.,

                Defendant.

**ORDER**

22 Civ. 4551 (ER)

Ramos, D.J.:

    On June 1, 2022, plaintiff brought a complaint against Snowflake Designs, Inc.  *See* Doc. 1.  Defendant was served on June 16, 2022 and required to answer by July 7, 2022.  *See* Doc. 5.  As of the date of this Order, defendant has not responded to the complaint.

    Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:  July 12, 2022
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.